UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| C.N., a minor, by and through guardian ad litem Connie Bessman-Natt,<br><br>            Petitioner,<br><br>    v.<br><br>RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES,<br><br>           Respondent. | No. 5:25-cv-01763-AH-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Order to Show Cause Why the Petition Should Not Be Dismissed issued by the assigned magistrate judge (Dkt. 8), the First Amended Petition (Dkt. 11), and the Report and Recommendation issued by the magistrate judge (Dkt. 13, "Report"). Petitioner, represented by counsel, did not file a timely objection to the Report or seek additional time in which to do so within the time for objections. The Court accordingly accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: SEPTEMBER 17, 2025

_____
ANNE HWANG
United States District Judge