JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| C.N., a minor, by and through guardian ad litem Connie Bessman-Natt,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES,<br><br>　　　　　Respondent. | No. 5:25-cv-01763-AH-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: SEPTEMBER 17, 2025　　　　　_____
　　　　　　　　　　　　　　　　　　ANNE HWANG
　　　　　　　　　　　　　　　　United States District Judge